UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL CLEO CONSTABLE, | 1:07-cv-00995-OWW-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 18) |
| vs. | |
| STATE OF CALIFORNIA, et al., | **ORDER DISMISSING AMENDED COMPLAINT IN ITS ENTIRETY WITHOUT LEAVE TO AMEND** |
| Defendants. | (Doc. 17) |

Plaintiff, Russell Cleo Constable ("plaintiff"), is proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On December 13, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the

1

1  Findings and Recommendation were to be filed within thirty (30)
2  days.  To date, the parties have not filed objections to the
3  Magistrate Judge's Findings and Recommendation.
4
5       In accordance with the provisions of 28 U.S.C.
6  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
7  <u>de novo</u> review of this case.  Having carefully reviewed the
8  entire file, the Court finds the Findings and Recommendation to
9  be supported by the record and by proper analysis.
10      Accordingly, IT IS HEREBY ORDERED that:
11      1.   The Findings and Recommendation, filed December 13,
12  2007, are ADOPTED IN FULL; and,
13      2.   Plaintiff's amended complaint, filed December 3, 2007,
14  is DISMISSED in its entirety, without leave to amend.
15  IT IS SO ORDERED.
16  **Dated:   January 23, 2008**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE